**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JAMES B.,**

**Plaintiff,**

**v.**

**Case No. 2:25-cv-933**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Stephanie K. Bowman**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

# ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge. (ECF No. 11.) The time for filing objections has passed and no objections have been filed. Failure to object results in forfeiture of the right to a *de novo* review of the report and recommendation by the district court. *See Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Accordingly, the Court **ADOPTS** and **AFFIRMS** (ECF No. 11) the Magistrate Judge's Report and Recommendation. For the reasons set forth therein, the Court finds that the Social Security Commissioner's decision is supported by substantial evidence and thus **AFFIRMS** the decision.

The Clerk is **DIRECTED** to enter judgment and terminate this case on the docket.

**IT IS SO ORDERED.**

**8/28/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**